BEFORE THE SECOND DIVISION, MARCH 16, 1939

**No. 40845.**—Protests 661320–G, etc., of Rolland Frères, Inc. (New York).

Opinion by TILSON, J.   It was established that certain items consist of knit outerwear in chief value of rayon similar to that involved in Abstract 36548. The claim at 45 cents per pound and 65 percent ad valorem under paragraph 1309 was therefore sustained.